# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: No. 13-cv-1159

STEPHEN SULLIVAN, on behalf of himself and all others similarly situated,

v.

BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, AND JOHN DOE NOS. 1-50, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant UBS AG

| | |
|---|---|
| NAME (Type or print) David C. Bohan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically /s/ David C. Bohan | |
| FIRM Katten Muchin Rosenman LLP | |
| STREET ADDRESS 525 West Monroe St. | |
| CITY/STATE/ZIP Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL# 3122194 | TELEPHONE NUMBER (312) 902-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? ☐ YES ☒ NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? ☒ YES ☐ NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? ☒ YES ☐ NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? ☐ YES ☒ NO | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL          APPOINTED COUNSEL | |