# EXHIBIT 5

A true and correct copy of excerpts from the Oral Argument Transcript in *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11 MD 2262, held before the Hon. Naomi Reice Buchwald on March 5, 2013

```
                                                                    1

 1    UNITED STATES DISTRICT COURT
 1    SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------------x
 2    In re LIBOR-Based Financial Instruments
 3    Antitrust Litigation                      11-MD-2262 (NRB)
 3
 4                                               Oral Argument
 4    ------------------------------------x
 5                                               New York, N.Y.
 5                                               March 5, 2013
 6                                               10:57 a.m.
 6
 7    Before:
 7
 8                    HON. NAOMI REICE BUCHWALD,
 8
 9                                               District Judge
 9
10                         APPEARANCES
10
11    SUSMAN GODFREY LLP
11         Attorneys for Over the Counter Class Plaintiffs
12    BY:  BILL CARMODY, ESQ.
12         SETH ARD, ESQ.
13
13    HAUSFELD LLP
14         Attorneys for Over the Counter Class Plaintiffs
14    BY:  MICHAEL D. HAUSFELD, ESQ.
15         WILLIAM P. BUTTERFIELD, ESQ.
15         HILARY K. SCHERRER, ESQ.
16         NATHANIEL C. GIDDINGS, ESQ.
16
17    LOVELL STEWART HALEBIAN JACOBSON LLP
17         Attorneys for Exchange-Based Plaintiffs
18    BY:  CHRISTOPHER LOVELL, ESQ.
18
19    KIRBY McINERNEY LLP
19         Attorneys for Exchange-Based Plaintiffs
20    BY:  DAVID E. KOVEL, ESQ.
20
21    WEINSTEIN KITCHENOFF & ASHER LLC
21         Attorneys for Gelboim Bondholder Class Plaintiffs
22    BY:  DAVID H. WEINSTEIN, ESQ.
22
23    MORRIS AND MORRIS LLC
23         Attorneys for Gelboim Bondholder Class Plaintiffs
24    BY:  KAREN L. MORRIS, ESQ.
24         PATRICK F. MORRIS, ESQ.
25         R. MICHAEL LINDSEY, ESQ.
                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

```
                                                                  2

1                       APPEARANCES
1                       (Continued)
2
2   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
3        Attorneys for Schwab Plaintiffs
3   BY:  STEVEN E. FINEMAN, ESQ.
4        BRENDAN P. GLACKIN, ESQ.
5   SCHLESINGER LAW OFFICES, PA
5        Attorneys for Absent Putative Class Members
6   BY:  ZANE BERG, ESQ.
6
7   ROBBINS GELLER RUDMAN & DOWD LLP
7        Attorneys for SEIU Pension Plans Master Trust Plaintiffs
8   BY:  PATRICK W. DANIELS, ESQ.
8        NATHAN W. BEAR, ESQ.
9
9   KAPLAN FOX & KILSHEIMER LLP
10       Attorneys for Plaintiffs Earle, Malinowski, and Carr
10  BY:  GREGORY K. ARENSON, ESQ.
11
11  BLOCK & LEVITON, LLP
12       Attorneys for Plaintiffs Earle and Carr
12  BY:  WHITNEY E. STREET, ESQ.
13
13  COTCHETT, PITRE & MCCARTHY, LLP
14       Attorneys for Plaintiffs San Mateo, Riverside, Richmond,
14                                 San Diego, East Bay
15  BY:  IMTIAZ A. SIDDIQUI, ESQ.
15
16  DAVIS POLK & WARDWELL LLP
16       Attorneys for Defendant Bank of America
17  BY:  ROBERT F. WISE, JR., ESQ.
17       ARTHUR J. BURKE, ESQ.
18
18  SIMPSON THACHER & BARTLETT LLP
19       Attorneys for Defendants JPMorgan Chase
19  BY:  THOMAS C. RICE, ESQ.
20       JUAN A. ARTEAGA, ESQ.
21  HOGAN LOVELLS US LLP
21       Attorneys for Defendants Lloyds Banking Group and HBOS
22  BY:  MARC J. GOTTRIDGE, ESQ.
22
23  BOIES, SCHILLER & FLEXNER LLP
23       Attorneys for Defendant Barclays
24  BY:  DAVID BOIES, ESQ.
24       JONATHAN D. SCHILLER, ESQ.
25       MICHAEL A. BRILLE, ESQ.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

3

```
 1                        APPEARANCES
 1                        (Continued)
 2
 2   SULLIVAN & CROMWELL LLP
 3        Attorneys for Defendant Barclays
 3   BY:  DAVID H. BRAFF, ESQ.
 4        YVONNE S. QUINN, ESQ.
 4        MATTHEW J. PORPORA, ESQ.
 5
 5   HUGHES HUBBARD & REED LLP
 6        Attorneys for Defendants WestLB/Portigon
 6   BY:  ETHAN E. LITWIN, ESQ.
 7        MORGAN J. FEDER, ESQ.
 7        CHRISTOPHER M. PAPARELLA, ESQ.
 8
 8   LOCKE LORD LLP
 9        Attorneys for Defendant HSBC
 9   BY:  EDWIN R. DeYOUNG, ESQ.
10        ROGER B. COWIE, ESQ.
10        GREGORY T. CASAMENTO, ESQ.
11
11   CAHILL GORDON & REINDEL LLP
12        Attorneys for Defendant Credit Suisse Group
12   BY:  HERBERT S. WASHER, ESQ.
13        ELAI KATZ, ESQ.
13        JOEL KURTZBERG, ESQ.
14
14   CLIFFORD CHANCE US LLP
15        Attorneys for Defendant The Royal Bank of Scotland Group
15   BY:  ROBERT HOUCK, ESQ.
16        JAMES MILLER, ESQ.
16        ALEJANDRA DE URIOSTE, ESQ.
17        TIMOTHY CORNELL, ESQ.
17
18   SIDLEY AUSTIN LLP
18        Attorneys for Defendant Norinchukin Bank
19   BY:  ALAN M. UNGER, ESQ.
19
20   SULLIVAN & CROMWELL LLP
20        Attorneys for Defendant Bank of Tokyo-Mitsubishi
21   BY:  DARYL A. LIBOW, ESQ.
21        CHRISTOPHER M. VIAPIANO, ESQ.
22
22   MILBANK TWEED HADLEY & McCLOY, LLP
23        Attorneys for Defendant Rabobank
23   BY:  DAVID R. GELFAND, ESQ.
24        SEAN M. MURPHY, ESQ.
24        ROBERT LINDHOLM, ESQ.
25
                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

4

```
 1                         APPEARANCES
 1                         (Continued)
 2
 2    COVINGTON & BURLING LLP
 3         Attorneys for Defendants Citibank, Citigroup
 3    BY:  ALAN M. WISEMAN, ESQ.
 4         ANDREW A. RUFFINO, ESQ.
 5    GIBSON DUNN & CRUTCHER LLP
 5         Attorneys for Defendant UBS AG
 6    BY:  JARRETT D. ARP, ESQ.
 6         PETER SULLIVAN, ESQ.
 7         LAWRENCE J. ZWEIFACH, ESQ.
 8    PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
 8         Attorneys for Defendant Deutsche Bank
 9    BY:  MOSES SILVERMAN, ESQ.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
                                                                   8
 1    Scotland.  Obviously the briefing references the earlier
 2    Barclays settlement.  Other than the fact that there are now
 3    three settlements and not one settlement, do either or both of
 4    those settlements have a significant impact on the legal
 5    landscape?  I'd ask someone on the plaintiffs' side to respond.
 6              MR. CARMODY:  Your Honor, we have in those two
 7    settlements --
 8              THE COURT:  It would be helpful I think for the court
 9    reporter -- just stay where you are.  I just want you to state
10    your name.
11              MR. CARMODY:  Sorry.  Bill Carmody here.
12              THE COURT:  It's really just helpful for me.  I use
13    the court reporter as an excuse.
14              MR. CARMODY:  Certainly I know there have been
15    documents that are attached to the -- those settlements.  I
16    know with RBS, for example, they refer to the cartel in London.
17    We can see in the UBS settlement ten different entities, I
18    believe, have colluded with respect to the yen LIBOR collusion.
19    As to the specific issue of collusion of United States dollar,
20    I'm not aware of any documents in those two settlements that
21    specifically refer to that issue.
22              MR. WISE:  Your Honor, just two points on that.  I
23    agree that there's nothing in the two settlements that refers
24    to US dollar LIBOR.  That's what this case is about and
25    therefore, those settlements do not, in our view, bear upon the
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
 1   issues before you this morning.
 2             To the extent that they were to be considered, we
 3   actually think that they are helpful to the defendants in that
 4   the government in those cases did not make any allegations,
 5   despite years of investigation, of the sort of antitrust
 6   conspiracy that is alleged by the plaintiffs here.  Not one
 7   word.  And they reviewed millions and millions of documents.
 8             MR. LOVELL:  Chris Lovell, your Honor.  Do you want to
 9   just handle the antitrust aspects now or would it apply to the
10   Commodity Exchange Act claims as well as the two new
11   settlements?  The implication for the Commodity Exchange Act
12   claims, are you interested in that now, Judge, or is that for
13   later?
14             THE COURT:  Make your argument.
15             MR. LOVELL:  Well, I do think that the Commodity
16   Futures Trading Commission has made analogous claims that the
17   underlying commodity was manipulated and that it enables the
18   exchange plaintiffs in an amended complaint to make more
19   detailed allegations, your Honor.
20             THE COURT:  With regard to US dollar LIBOR?
21             MR. LOVELL:  With regard to the -- no, not with -- no,
22   not specifically, your Honor, but with regard to the pattern of
23   conduct.
24             THE COURT:  Let's remember, this case only involves US
25   dollar LIBOR, okay?
```