## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2013, true and correct copies of the foregoing *Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion For Transfer and Declaration of Vincent Briganti* were filed and served via the Northern District of Illinois' ECF System.

Dated: New York, New York
April 4, 2013

*/s/ Christopher Lovell*
Christopher Lovell
**Lovell Stewart Halebian Jacobson LLP**
61 Broadway, Suite 501
New York, New York 10006
T: (212) 608-1900