

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

Thomas G. Bruton
**CLERK**

(312) 435-5691

April 25, 2013

**United States District Court**

**for the Souther District of New York**

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

**RE:** **Sullivan v. Barclays PLC et al**

**USDC Case No.:** **1:13-cv-01159**

Dear Clerk:

Pursuant to the order entered by Honorable Milton I. Shadur, 04/05/2013, the above record

■      was electronically transmitted to United States District Court for the Southern District of New York.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:      /s/ Esperanza Arnold
          Deputy Clerk

Enclosures
New Case No. _____          Date _____

cc:      Non-ECF Attorneys and Pro se Parties